UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| Thomas W. Julian. | ) |
| Jerald R. Crooke. | ) |
| Ryan Schroeder. | ) |
| Gregory N. Thomas | ) No.: 2:25-cv-348-JPH-MKK |
| Daniel C. Stovall | ) |
| Lloyd T. Elder Sr. | ) |
| Randy McKinnie | ) |
| Kevin L. Davis | ) |
|     Plaintiffs | ) |
| V. | ) |
| Donald J. Trump | ) |
| Legislatures | ) |
| Congress | ) |
| Chief Justice | ) |

**FILED**
07/28/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**Defendants.**

## CLASS ACTION CIVIL COMPLAINT

Come now the Plaintiffs, pro se, respectfully submit this complaint/Class action civil rights lawsuit against the following:
1. Legislatures        4. Chief Justice
2. Congress
3. Donald J. Trump.

For the reasons of major violations of our constitution, the constitution of the United States of America is proposed by Congress, and ratified by the legislatures of the several states, pursuant to the fifth article of the original Constitution. The individuals who are elected to hold up the Constitution has completely failed the citizens "Plaintiffs" of our proud nation of the United States.

An individual who has been found Guilty of sexual assault, found guilty of 34 felony counts and fraud, by our Constitution of the United States of America, Donald J. Trump does not qualify, by our Constitution to hold the office of the Presidency. Yes, the people did elect Mr. Donald J. Trump, but by our Constitution of the United States, Donald J. Trump is in violation of Article II (IV)" of the Constitution.

Complaint-1

## Jurisdiction

This court has the jurisdiction under 42, 1983 §28, §1343. USC. By virtue of Fourteenth Amendment and Executive Power Article II (IV) of the United States Constitution.

## Course of Action

The following reasons are why Donald J. Trump does not qualify to hold the office of the Presidency because of violations against the United States (Constitution and Federal Amendments).

On May 30, 2024, Donald J. Trump was found guilty by a jury in New York on all 34 felony counts in a scheme to illegally influence the 2016 election through a hush money payment to a porn actor who said the two were having sex which the jury agreed with.

On May 4, 2025, "NOW" President Donald J. Trump was asked by NBC Meet the Press host "Kristen Welker" on national TV in front of millions of viewers, whether he believes that he needs to uphold our Constitution during his presidency. Donald J. Trump responded with, "I don't know." This is a man who put his hand on the Bible and swore to uphold our Constitution. Donald J. Trump broke and violated the Constitution of the United States before even being sworn in.

The Legislatures, Congress and Chief Justice "John Roberts" are all involved in this "Scandal." Knowingly-intently and willfully knew they were in violation of our United States Constitution by "Agreeing" to violate our United States Constitution by allowing this major violation/ fraud "an act of deceiving and//or misrepresenting the truth!

On January 20, 2025, all defendants participated in a major conspiracy/scandal/fraud in violating our United States Constitution, along with several Federal Amendments, by not upholding our United States Constitution and Federal Amendments.

The Defendants, (Legislature, Congress, Chief Justice, and Donald J. Trump) acting under color of the United States Law knowing that Donald J. Trump is in complete violation of the United States Constitution and Federal Amendments of the United States, was sworn into the office of the presidency on January 20, 2025.

## Constitution of the United States of America

**Executive Power Article II (IV):** The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other *high Crimes and Misdemeanors*

**Amendment 14th:** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the *equal protection of the laws*

Complaint-2

## Discussion

A. **Thomas W. Julian:** The President is not above the Law, nor above the Constitution of the United States of America. I am a Vietnam Veteran and when I joined I took the same oath as President to protect and defend both the Constitution and the United States against all countries both foreign and domestic so help me God. Mr. Trump is both a liar and blasphemer for he has broken both. First, he violated the Second (2nd) Amendment forth Article (4th), then he broke his vow to God. Trump has never upheld God Commandments to treat each other equally with love and compassion, all he can think of is money and power. The Chief Justice is as guilty as the President for he well knew the President's record and still administered the oath and accepted his answer.
The Congress which is ruling with a group of sycophants (Republican Majority) who don't keep in touch with people but just follow every word their leader utters, don't they keep their people informed of what's on the table and do what they want, but never do. The Congress enables the President to have extra Executive Powers that they want; but not to abuse, and as of now they don't care what he does. The Senate (Republican Majority) are also sycophants as the endorse anything the President wants to do (no questions asked) for they are afraid to offend him. The President also has created a "family business in cryptocurrency and excepted gifts ($400 million dollar jet) for his personal use. Trump a convicted felon is no better than any other felon, who loses their right to own and carry arms, to vote, and be on a sexually violent list on line. I didn't serve to protect such a person and I feel violated.

B. **Jerald R. Crooke:** I feel violated that Mr. Donald Trump is in office after being convicted of sexual crimes. No felons shouldn't have the power to run a country no matter what. I feel it violates the Constitution. In our Constitution it clearly states that anyone with a felony cannot be in office.

C. **Ryan Schroeder:** I am a United States Navy veteran, who took an oath to uphold and defend the United States Constitution against all enemies both foreign and domestic. I was informed by a person who used to be a friend of mine that they were involved in victimizing children and wanted me to participate with them in their activities. I told them no and for them to stop what they were doing because it was illegal and traumatizing the children for life. I told them I was in the military now and had take an oath to the United States Constitution so I would report them if they didn't quit. The person told me if I ever told on them that they would involve me in their situation and make me lose my career by telling authorities that I told them to do it. Upon upholding my oath and believing my country would also protect me, I reported this person because they continued in their activity in order for them to stop hurting children. The person did what they had threatened me with if I ever reported them even though they admitted to their activities and that I was not involved because I was in another county or state at the time the crimes were committed, I held down my oath at all cost and in the end was removed from my post on felony charges.
The person I reported, they were let out of jail till my trial. During this time, they had a child with a guy and was in possession of this child until my trial (a whole year later). The state knew about this…(prosecutor). The individual showed up at my trial with the child since they were allowed to have it because they were let out of jail by the State even after admitting to felony charges with a child themselves which they would face in a plea deal hearing after they testified against me. This person ultimately received a 10-year sentence under the old law; however, only did 3 years in prison and was let out of prison, child placed back in her hands and was allowed to move out of the state to Ohio to

live at her mother's house. Although, I reported and upheld my oath to the United States Constitution, I was sentenced before her, but was sentenced under the new law instead of the old and received a life sentence essentially of 54 years with an earliest release date of 2054. I am 40 as of ~~10/19/1985~~ 10/19/2025.

Our current president Donald J. Trump also took an oath to uphold and defend the United States Constitution to hold the highest office in our land in January 20, 2017 as the President. Again Donald J. Trump would take this same oath on January 20, 2025 as a convicted felon with felony charges which are still being produced even today for not upholding months and years earlier. Also, President Donald J. Trump pardoned all the January 6th rioters who violated the United States Constitution by storming the capital and even took plea deals acknowledging their guilt(and act of treason against country), were let out of prison. How can this be for them and not apply for me too, a release from prison, pardoned, and redeemed. Due to felony charges not yet then convicted of, I was removed from the military, lost real estate property, a car, and lots of money, my right to vote, my right to bear arms, and even my right to travel freely amongst many other basic freedoms in which United States citizens have.

D. **Gregory N. Thomas:** As a free U.S. citizen, I was always proud to recite the Pledge of Allegiance every morning at IPS #67. I remember it, as I am sure most do. It's the final words that have me losing sleep as of late. For those among us that do not recall it; "With Liberty and Justice for All!", would be the words I am referring to. Not only has Mr. Donald J. Trump no doubt found these words laughable; I am sure he find the Constitution of the United States equally humerous. But, as every person listed here knows, the justice system, the Pledge of Allegiance, nor the Constitution of the United States is a laughing matter. I am appalled that Mr. Donald J. Trump sits in office. Moreover, I feel sickened when I contemplate all the rights he's allowed that he should be stripped of. It is a great offense to commit a sex crime; it's another to be convicted of one. He has done both, and he not only walks free, he has assumed the role of the President of this country. For these reasons, I have been deeply offended by this entire situation.

E. **Lloyd T. Elder Sr.:** Our forefathers founded this country in the 1700s. At this time, they developed the Constitution of the United States originated around the 13 colonies. In Philadelphia, our United States Constitution was born. These rules were set forth by our forefathers that no man is above the law or can dictate our country. In our United States Constitution section 2 paragraph 4 states, "Executive Power Article II (IV): The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other *high Crimes and Misdemeanors.*" Our United States President has been found guilty of 34 felonies, 3 counts sexual assault, and even did high treason against the capital of the United States. He is still able to run free as a convicted felon and hasn't lost anything. I, as a convicted felon, have lost my right to vote, bear arms, and the right to obtain a passport to visit other countries at will. I am also a CEO of KAT Computer Services and cannot even own my own business now with a felony. I even lost contracts with PlayStation and Xbox worth over $30,000 a year. I have lost everything because of my felony charge. Our President can roam the county-side, bear arms, and anything else he chooses to as a free citizen. This shouldn't be. According to the United States Constitution, the President should be impeached

F. Kevin L. Davis: <u>As a citizen of the United States of America, I have the right to equal rights and opportunity. Just like myself, President Donald J. Trump has broken the law and has been found guilty. But unlike me, an African American who is Prosecuted to the fullest length of the law; Mr. Trump is given special rights and opportunities not granted to the citizens of the United States of America. I was deprived of my life and liberty and stripped of most of my rights, while Mr. Trump enjoys all the rights granted by the Constitution of the United States of America. The right to bear Arms. The right to Freedom of speech. The right to vote. The right to not be subjected to unreasonable searches and seizures. The right to live his life without it being infringed upon and other special rights and opportunities not offered to the citizens of the United States of America. Most important of all, the right to hold office. Mr. Trump is in clear violation of our Constitution. He has a criminal record. If I am not able to join the United States Military because of my criminal history, Mr. Trump should not have been sworn into office due to his criminal background in order to be Commander and Chief of our Armed Forces. Our Constitution clearly states our sworn leader can not have a criminal background.</u>

G. JURISDICTION:

[ ] I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

[ ] I am suing under state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$ <u>240 million</u>

H. RELIEF WANTED:

Describe what you want the count to do if you win your lawsuit. Examples may include an award or order telling the defendants to do something or stop doing something.

<u>$30 million tax free for each person</u>
<u>full immunity w Presidential pardons or full and unconditional pardons</u>
<u>expungement of records of all past charges to present date of this suit.</u>
<u>military record cleared w/full rights and benefits restored</u>

\* Relief will be Amended at a later date

I. **JURY DEMAND**

    [ ] Jury Demand – I want a jury to hear my case

                      OR

    [ ] Court Trial – I want a judge to hear my case

Dated 7-22-25 day of July, 20 25

Respectfully Submitted,

_____
Signature Of Plaintiff

250340
Plaintiff's Prisoner DOC Number

6908 S. OLD HWY. 41

CARLISLE, IN. 47838
(Mailing Address of Plaintiff)

**REQUEST TO PROCED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[X] I DO request that I be allowed to file this without the filing fee. I have completed a request to proceed in The district court without prepaying the fee and attached it to the complaint.

[ ] I DO NOT request that I be allowed to file this complaint without prepaying filing fee under 28 U.S.C.s 1915, and I have included filing fee with this complaint.

(If more than one plaintiff, use another piece of paper).

| | |
|---|---|
| Jerald R. Crooke | Ryan Schroeder |
| Gregory N. Thomas | Daniel C. Stovall |
| Lloyd T. Elder Sr. | Randy Mckinnie |
| Kevin L. Davis | |

To write too or call the District courts

**Southern District of Indiana**

**Indianapolis**
Birch Bayh Federal Bldg. & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204
(317) 229-3700

**Terre Haute**
U.S. Courthouse
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

**Evansville**
Winfield K. Denton Federal Building & U.S. Courthouse
101 Northwest Martin Luther King Boulevard
Evansville, IN 47708
(812) 434-6410

**New Albany**
Lee H. Hamilton Federal Building & U.S. Courthouse
121 West Spring Street
New Albany, IN 47150
(812) 542-4510